DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLEMENT WATKINS,**
Appellant,

v.

**GRACIELA TEVES,**
Appellee.

No. 4D2025-1844

[July 30, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jessica Marra, Judge; L.T. Case No. 062014DR013045AXXXCE.

Clement Watkins, Tamarac, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***